UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLA CRACCO, | 2:10-CV-00906-ECR-LRL |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: September 7, 2010 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, Duly Authorized to Conduct Business in the State of Nevada; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On September 2, 2010, pursuant to Local Rule 7-6(b), the parties to this action have submitted a Joint Request (#9) calling to the Court's attention that the ruling on Plaintiff's Motion to Remand (#4) has not been made within sixty (60) days.  The parties have requested information regarding the status of the case.

    The parties are advised that the matter is under consideration by the Court.

LANCE S. WILSON, CLERK

By       /s/       
Deputy Clerk